IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| JAMES E. JONES, | ) | |
| Plaintiff, | ) | No. 3:09-cv-05501-BHS-JRC |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER AMENDING BRIEFING SCHEDULE |
| Defendant. | ) | |

Based on the Plaintiff's Motion and that the Defendant has no objection, it is hereby ORDERED that

| | |
|---|---|
| Plaintiff's Opening Brief is due | December 24, 2009 |
| Defendant's Responsive Brief is due | January 21, 2010 |
| Plaintiff's Reply Brief is due | February 4, 2010 |
| Oral Argument requested by | February 11, 2010 |

DATED this 4th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge

Order Amending Briefing Schedule -1
[No. C09-5501BHS]

Order Amending Briefing Schedule -2
[No. C09-5501BHS]