# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES E. JONES

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5501BHS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS in part** and **DECLINES TO ADOPT in part** the Report and Recommendation (Dkt. 17) as stated herein; and

This action is **REMANDED** to the Social Security Administration for further proceedings consistent with this order.

  July 15, 2010  
Date

  BRUCE RIFKIN  
Clerk

  *s/CM Gonzalez*  
Deputy Clerk