1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES E. JONES,

        Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

Case No. C09-5501BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of
the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 35. The Court
having considered the R&R and the remaining record, and no objections having been filed,
does hereby find and order that the R&R is **ADOPTED**.

    DATED this 26th day of April, 2011.

                             BENJAMIN H. SETTLE
                             United States District Judge

ORDER