UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAMES E. JONES, | Civil No. 3:09-CV-05501-BHS-JRC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant | |

Based on the motion by Defendant (ECF No. 39), and with no objection from Plaintiff, it is hereby ORDERED Defendant's Response to Plaintiff's Amended Motion for Attorney Fees shall be filed on June 7, 2011

DATED this 7th day of June 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-05501-BHS-JRC]